UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ZAGHIK GOURJIAN,
        Plaintiff,

vs.                              CASE NUMBER:

CAROL GIGLIELLO,
        Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, ZAGHIK GOURJIAN, by and through her undersigned attorneys, and sues the Defendant, CAROL GIGLIELLO, and alleges as follows:

1. This is an action for damages that exceed $75,000.00.

2. Plaintiff is a resident of Los Angeles County, California, and a citizen of the United States where she intends to reside. She is over the age of 18 and otherwise sui-juris.

3. Defendant, CAROL GIGLIELLO, is a resident of Collier County, Naples, Florida being that her last known address is 2630 10th Street North, Naples, FL 34113, with the intent to reside in Naples, Florida.

4. Pursuant to 28 USCA §1332(a) this district Court has original jurisdiction since the parties are citizens of a different states, here Plaintiff is a resident of California and Defendant is a resident of Florida.

5. On or about December 15, 2019, Defendant, CAROL GIGLIELLO, owned a motor vehicle which was being operated on Airport Pulling Road near its intersection with Pine Ridge, Naples, Collier County, Florida. Defendant, CAROL GIGILIELLO, operated and/or maintained said motor vehicle in such a negligent manner as to cause a collision with Plaintiff, ZAGHIK GOURJIAN, resulting in injuries to Plaintiff, ZAGHIK GOURJIAN, as hereinafter described.

6. As a result, the Plaintiff, ZAGHIK GOURJIAN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, ZAGHIK GOURJIAN, sues the Defendant, CAROL GIGLIELLO, for compensatory damages in an amount in excess of $75,000.00, exclusive of interest and costs, and demands a trial by jury.

Dated this __17__ day of __December__, 2020.

                                        Parvey & Frankel Attorneys, P.A.
                                        Attorneys for Plaintiff
                                        2069 First Street, Suite 100
                                        Fort Myers, FL 33901
                                        Telephone: (239)334-0300
                                        Facsimile: (239)334-0992

BY:    Carlos J Cavenago, III, Esq.
           FLORIDA BAR No.: 753955
           Primary E-mail: Service@parveyfrankel.com
           Secondary E-mail: carlos@parveyfrankel.com